# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

George Logue

      Plaintiff

v.

Martha Coakley
Assistant District Attorney
Commonwealth of Massachusetts

      Defendant

Case No. 04 –10822 DPW

**MOTION FOR
ENLARGEMENT OF
TIME**

**Comes now the plaintiff, with this Motion for an enlargement of time in serving the complaint on the defendant for the following reasons.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this Motion requesting an enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1. Where the Court issued an Order to proceed and make service April 30, 2004, 120 has passed, and plaintiff has yet to serve the complaint while attempting to finalize and submit related complaints to the Court. Plaintiff requests an additional 120 days to finalize these other complaints in order to serve them at approximately the same time, with hope of saving the Court time in the long run. As the defendants have not been served any documents regarding this case, they should not be adversely affected.

Plaintiff requests a 120 day enlargement of time.

.

_August 31, 2004_
      Date