UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 15  P 4: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GEORGE LOGUE,<br><br>    Plaintiff,<br><br>v.<br><br>MARTHA COAKLEY,<br>ASSISTANT DISTRICT ATTORNEY, and<br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. 04-10822-DPW |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Defendants, Martha Coakley, an unnamed Assistant District Attorney, and the Commonwealth of Massachusetts,[1] in connection with the case listed above.

---

[1] The filing of this Notice of Appearance on behalf of all three Defendants should not be construed as a waiver of any arguments in support of dismissal or any affirmative defenses, including, but not limited to, those arising from the Plaintiff's failure to identify the Assistant District Attorney by name.

Respectfully submitted,

MARTHA COAKLEY,
ASSISTANT DISTRICT ATTORNEY, and
THE COMMONWEALTH OF MASSACHUSETTS

By their counsel,

THOMAS F. REILLY
Attorney General

/s/ Randall E. Ravitz

Randall E. Ravitz
BBO # 643381
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: October 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on October 15, 2004 to:

George Logue
General Delivery
Boston, MA 02205

*Pro se.*

Randall E. Ravitz