UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 15 P 4:00

DISTRICT COURT
DISTRICT OF MASS.

)
GEORGE LOGUE, )
)
    Plaintiff, )
)
v. ) Civil Action No. 04-10822-DPW
)
MARTHA COAKLEY, )
ASSISTANT DISTRICT ATTORNEY, and )
COMMONWEALTH OF MASSACHUSETTS, )
)
    Defendants. )
)

## MOTION FOR AN ENLARGEMENT
## OF TIME IN WHICH TO RESPOND TO COMPLAINT

The Defendants, Martha Coakley, an unnamed Assistant District Attorney, and the Commonwealth of Massachusetts (collectively, the "Defendants"),[1] hereby respectfully move this Court to enlarge until November 21, 2004 the time in which they must file an answer or otherwise respond to the Complaint[2] filed by Plaintiff George Logue (the "Plaintiff"). The Defendants' response is currently due on October 21, 2004. In support of this Motion, the Defendants state as follows:

1. The Office of the Massachusetts Attorney General, which is representing the Defendants in connection with this case, did not receive the Complaint and Summons issued in this case until October 13, 2004, only five (5)

---

[1] The filing of this motion for an enlargement of time on behalf of all three Defendants should not be construed as a waiver of any arguments in support of dismissal or any affirmative defenses, including, but not limited to, those arising from the Plaintiff's failure to identify the Assistant District Attorney by name.

[2] The Plaintiff filed three separate documents, each of which contains its own caption and asserts a single cause of action. The three documents all bear the same case number and will thus be treated by the Defendants and referred to herein as one "Complaint."

business days prior to the current deadline for responding to the Complaint.

2. The Complaint includes serious allegations and references complex areas of law.

3. An enlargement of time will enable counsel for the Defendants to respond to the Complaint and aid the Court most thoroughly and effectively.

4. No previous application for an enlargement of time to file an answer or otherwise respond to the Complaint has been made to this Court in this case.

**WHEREFORE,** the Defendants request that this Honorable Court enlarge the time within which they must file an answer or otherwise respond to the Complaint until November 21, 2004.

Respectfully submitted,

MARTHA COAKLEY,
ASSISTANT DISTRICT ATTORNEY, and
THE COMMONWEALTH OF MASSACHUSETTS

By their counsel,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz
BBO # 643381
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

Dated: October 15, 2004        (617) 727-2200, ext. 2852

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on October 15, 2004 to:

George Logue
General Delivery
Boston, MA  02205

*Pro se.*

_____
Randall E. Ravitz