UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 20  P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION

No. 04-10822 - DPW

| | |
|---|---|
| George Logue | |
| Plaintiff | |
| v. | |
| Martha Coakley<br>Assistant District Attorney<br>Commonwealth of Massachusetts | |
| Defendants | |

### PLAINTIFF'S OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully submits this Opposition in response to the defense counsel Assistant Attorney General's Motion seeking an enlargement of time. Plaintiff opposes the defendants Motion to further delay the due process this complaint deserves.

Defendant's Martha Coakley, District Attorney, James Paikos, Assistant District Attorney and the Commonwealth of Massachusetts, were permitted to elongate the false charges against plaintiff for nearly a year in the state court and should not be permitted to create the same charade in this venue. Certainly, this arm of the State has the resources to adequately respond within the period of time prescribed by the Court.

Further, plaintiff wishes defendant to clarify it's cover letter to the Court of October 15, 2004, which indicates an incorrect case number.

October 20, 2004
Date

## CERTIFICATE OF SERVICE

I, George Logue, appellant, hereby certify that on the 20th day of October, I caused a true copy of the document(s) above to be served on defense counsel for the opposing parties, by serving one copy of same, first class mail postage paid.

October 20, 2004

Defense counsel
Randzll Ravitz, Assistant Attorney General
One Ashburton Place
Boston, MA 02108