DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

| | | CIVIL ACTION |
|---|---|---|
| George Logue | ] | |
| | ] | CASE NO. 04 – 10822 - DPW |
| Plaintiff | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| Martha Coakley | ] | |
| Assistant District Attorney | ] | |
| Commonwealth of Massachusetts | ] | |
| Defendants | ] | |

## OPPOSITION OF PLAINTIFF TO MOTION TO DISMISS

Plaintiff submits this Opposition to the defendant's Motion To Dismiss. Plaintiff vehemently opposes any suggestion that the complaint be dismissed before it receives its due process of review. The complaint outlines violations of numerous statutes and doctrines of law by the defendant(s), who shall be identified more specifically after automatic document disclosures required by Local Rule 26.2. Plaintiff has refrained from specifically "naming" the Assistant District Attorney(s) involved, at this early stage, simply because with more than a dozen pretrial hearings, and over the course of nearly a year, more than one Assistant District Attorney is likely to be identified. In further support of this opposition, plaintiff asserts and incorporates the Memorandum of Law filed herewith.

WHEREFORE, plaintiff has sought this Honorable Court's assistance in the way of an impartial judiciary, because of the amount of plaintiff's time that Coakely, the Assistant District Attorney(s), and the Commonwealth of Massachusetts have already wasted. Plaintiff has filed this claim and prays this complaint is not dismissed but rather, receives a fair and equitable examination of each of the allegations made, and against each of the named defendants in this and the related complaints.

Respectfully submitted,

November 24, 2004
Date

/George Logue/