```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS



GEORGE LOGUE,                       )
          Plaintiff,                )
                                    )
     v.                             )     CIVIL ACTION
                                    )     NO. 04-10822-DPW
MARTHA COAKLEY                      )
          Defendants.               )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued January 3, 2005, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                      BY THE COURT,

                                      <u>/s/ Michelle Rynne</u>
                                      Deputy Clerk

DATED:  January 3, 2005