UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | D.C. CASE NO. 04-10822 DPW |
|  | **NOTICE OF APPEAL** |
| v. |  |
| Martha Coakley<br>Assistant District Attorney<br>Commonwealth of Massachusetts |  |
| Defendant |  |

**Comes now the plaintiff, with this Notice of Appeal in the aforementioned case.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Appellate Procedure Rules 3 and 4, plaintiff respectfully submits this Notice of Appeal in response to the Order of Dismissal, issued by the District Court regarding plaintiff's pleadings, and pertaining to the final disposition of the Court on January 3, 2005.

January 5, 2005                                                  *George Logue* (signature)