UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| George Logue | ] | CIVIL ACTION |
|  | ] | CASE NO 04-10822- DPW |
| Plaintiff | ] | **MOTION FOR** |
|  | ] | **RECONSIDERATION** |
| v. | ] |  |
|  | ] |  |
|  | ] |  |
| Martha Coakley | ] |  |
| Assistant District Attorney | ] |  |
| Commonwealth of Massachussets | ] |  |
| Defendants | ] |  |

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion in response to the Order of Dismissal, issued by the District Court regarding plaintiff's pleadings, and pertaining to the final disposition of the Court on January 3, 2005.

Wherefore plaintiff respectfully prays that the Court reconsider its decision in light of plaintiff's Opposition to Motion To Dismiss of October 27, 2004, and the issues and the relevant citations that were presented in his Oppositions to Defendant's Motion To Dismiss of November 24, 2004 and December 3, 2004.

January 9, 2005
· Composition Date

*/s/ George Logue*

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 12th day of January, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, MA 02108