# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10822

George Logue

v.

Martha Coakley, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/5/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 25, 2005.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/25/05

*Burchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10822-DPW

Logue v. Coakley  
Assigned to: Judge Douglas P. Woodlock  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/23/2004  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**George Logue**  represented by  **George Logue**  
2 Glen Avenue  
Brighton, MA 02135  
PRO SE

V.

**Defendant**

**Martha Coakley**  
*Assistant District Attorney of Commonwealth of Massachusetts*

represented by  **Randall E. Ravitz**  
Attorney General's Office  
One Ashburton Place  
18th Floor  
Boston, MA 02108  
617-727-2200 ext.2852  
Fax: 617-727-5755  
Email: randall.ravitz@ago.state.ma.us

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) (Entered: 04/26/2004) |
| 04/23/2004 | 2 | COMPLAINT, filed by George Logue.(Jenness, Susan) (Entered: 04/26/2004) |
| 04/26/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 04/26/2004) |
| 04/26/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/26/2004) |
| 04/30/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis (Morse, Barbara) (Entered: 04/30/2004) |
| 04/30/2004 |  | Summons Issued as to Martha Coakley. (Morse, Barbara) (Entered: 04/30/2004) |
| 04/30/2004 |  | NOTICE of address correction on docket for plaintiff. Docket incorrectly listed plaintiff's address as 2 Gem Avenue Brighton, MA and now corrected to General Delivery, Boston, MA 02205. (Morse, Barbara) (Entered: 04/30/2004) |
| 06/24/2004 | 4 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge Douglas P. Woodlock no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Greenberg, Rebecca) (Entered: 06/25/2004) |
| 06/28/2004 |  | Electronic ORDER and Notice of Reassignment. It is ORDERED that the Reassignment of this case to Judge Gorton is VACATED, and the case is reassigned back to Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 06/28/2004) |
|  |  |  |

| | | |
|---|---|---|
| 09/02/2004 | 5 | MOTION for Extension of Time for 120 days to serve complaint on defendant by George Logue.(Rynne, Michelle) (Entered: 09/08/2004) |
| 09/23/2004 | 6 | MOTION to Amend 2 Complaint by George Logue. (Attachments: # 1 Amended Complaint)(Rynne, Michelle) (Entered: 09/28/2004) |
| 10/01/2004 | 7 | SUMMONS Returned Executed Martha Coakley served on 10/1/2004, answer due 10/21/2004. (Rynne, Michelle) (Entered: 10/07/2004) |
| 10/15/2004 | 8 | NOTICE of Appearance by Randall E. Ravitz on behalf of Martha Coakley. (Rynne, Michelle) (Entered: 10/19/2004) |
| 10/15/2004 | 9 | MOTION for Extension of Time to 11/21/04 to File Answer re 2 Complaint by Martha Coakley.(Rynne, Michelle) (Entered: 10/19/2004) |
| 10/19/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 9 Motion for Extension of Time to Answer. (Greenberg, Rebecca) (Entered: 10/19/2004) |
| 10/20/2004 | 10 | Opposition re 9 MOTION for Extension of Time to 11/21/04 to File Answer re 2 Complaint filed by George Logue. (Rynne, Michelle) (Entered: 10/22/2004) |
| 11/23/2004 | 11 | Defendant's MOTION to Dismiss by Martha Coakley. (Nici, Richard) (Entered: 11/29/2004) |
| 11/23/2004 | 12 | Defendant's MEMORANDUM in Support of their 11 MOTION to Dismiss filed by Martha Coakley. (Nici, Richard) (Entered: 11/29/2004) |
| 11/29/2004 | 13 | Opposition of Plantiff to MOTION to Dismiss by George Logue.(Nici, Richard) (Entered: 11/29/2004) |
| 11/29/2004 | 14 | Plantiff's MEMORANDUM in Support of his opposition to the defendant's re 11 MOTION to Dismiss filed by George Logue. (Nici, Richard) |

|  |  |  |
|---|---|---|
|  |  | Modified on 12/13/2004 (Hurley, Virginia). (Entered: 11/29/2004) |
| 12/03/2004 | 15 | APPENDIX to Plantiff's 14 Memorandum in Support of Motion to Dismiss by George Logue. (Nici, Richard) (Entered: 12/07/2004) |
| 12/27/2004 | 16 | NOTICE of Scheduling Conference Scheduling Conference set for 2/10/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 12/28/2004) |
| 01/03/2005 | 17 | Judge Douglas P. Woodlock : Electronic ORDER entered. MEMORANDUM AND ORDER, granting 11 MOTION to Dismiss filed by Martha Coakley. (Rynne, Michelle) (Entered: 01/03/2005) |
| 01/03/2005 | 18 | Judge Douglas P. Woodlock : Electronic ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/05/2005 | 19 | NOTICE OF APPEAL as to 18 Order Dismissing Case by George Logue. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/25/2005. (Nici, Richard) (Entered: 01/12/2005) |
| 01/11/2005 | 20 | MOTION for Reconsideration re 18 Order Dismissing Case by George Logue.(Nici, Richard) (Entered: 01/13/2005) |
| 01/14/2005 |  | Judge Douglas P. Woodlock : ElectronicORDER entered denying 20 Motion for Reconsideration (Woodlock, Douglas) (Entered: 01/14/2005) |