UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| George Logue | ] | |
| --- | --- | --- |
| | ] | CASE NO. 04-10822-DPW |
| Plaintiff | ] | MOTION FOR |
| | ] | RECONSIDERATION |
| v. | ] | |
| | ] | |
| | ] | |
| Martha Coakley | ] | |
| Assistant District Attorney | ] | |
| Commonwealth of Massachussets | ] | |
| Defendants | ] | |

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion in response to the Order of Dismissal, issued by the District Court regarding the recent pleadings, and pertaining to the final disposition of the Court on January 3, 2005, and subsequent and related ruling of February 3, 2005. Where this case was founded on and originated from the same issues in case no. 02-12493, and has followed that cases rulings, likewise this is presented in conjunction with plaintiff's reconsideration pleading and supporting materials that are submitted for that case

Wherefore, plaintiff respectfully prays that the Court reconsider its decision in this case, as well and while considering the pleading and materials in the primary case v. MIT.

February 9, 2005
Composition Date

*[signature: George Logue]*

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 10th day of February, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*[signature: George Logue]*

Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, MA 02108