UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| George Logue | CIVIL ACTION |
|  | CASE NO 04-10822-DPW |
| Plaintiff | **MOTION TO STAY** |
|  | **JUDGMENT** |
| v. |  |
|  |  |
| Martha Coakley |  |
| Assistant District Attorney |  |
| Commonwealth of Massachusetts |  |
| Defendants |  |

**Comes now the plaintiff, with this Motion for a Stay of Judgment.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, plaintiff respectfully submits this Motion To Stay the judgment and Order of Dismissal issued by this U.S. District Court on January 3, 2005. Where this case arises out of the same nucleus of facts and circumstances as in the primary and related case (case no. 02 —12493), and because the District Court's Order was issued for this case as a result of the Order issued in that primary case, plaintiff requests that any final judgment be delayed while awaiting appeal of that decision in the primary case.

Wherefore plaintiff respectfully prays that the Court stay judgment dismissing this case until that time when a decision is rendered in the Court of Appeals for the primary case.

February 18, 2005
Composition Date

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 19th day of February, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, MA 02108