UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

George Logue

        Plaintiff

v.

Martha Coakley

        Defendant

Case No. 02-10822 - DPW

**PLAINTIFF'S MOTION FOR COURT APPOINTED EXAMINER BEFORE WHOM DEPOSTION MAY BE TAKEN**

Comes now the plaintiff with this motion to this Honorable Court, and for the reason set forth in his request for leave in the accompanying Motion To Perpetuate Testimony Pending Appeal, to appoint a person before whom depositions may be taken pursuant to Federal Rules of Civil Procedure Rule 28. This motion is made for depositions where the case is pending appeal. This particular motion is made to facilitate an equitable forum and person as defined by this rule, and because of the status of plaintiff as a pro se litigant in which he has only been able to proceed IFP.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully moves the court, pursuant to Rule 28(a), to appoint a special examiner or officer, as defined in that rule, with the power to administer oaths and take testimony. The motion is for oral examination of the defendant Martha Coakley and her assistant, to be taken as depositions.

Respectfully submitted,

July 27, 2005
Date

*/s/ George Logue*

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 27th day of July, 2005 I caused a true copy of this documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Randall E. Ravitz
Assistant Attorney General
One Ashburton Place
Boston, Ma 02108